1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-6917
7     Facsimile:  (415) 436-7234
8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           )    No.  3-06-70165 BZ
                                       )
14     Plaintiff,                      )    [PROPOSED] ORDER AND STIPULATION
                                       )    WAIVING TIME UNDER RULE 5.1 AND
15     v.                              )    EXCLUDING TIME FROM MAY 3, 2006
                                       )    TO MAY 25, 2006 FROM THE SPEEDY
16 RAFAEL GUZMAN-CAMACHO,              )    TRIAL ACT CALCULATION
                                       )    (18 U.S.C. § 3161(h)(8)(A))
17     Defendant.                      )
                                       )
18

19      The parties appeared before the Court on May 3, 2006.  With the agreement of the parties,
20 and with the consent of the defendant, the Court enters this order (1) scheduling a new
21 preliminary hearing/arraignment date of May 25, 2006 at 9:30 a.m., before the Honorable
22 Elizabeth D. Laporte; (2) documenting the defendant's waiver of time limits under Federal Rule
23 of Criminal Procedure 5.1; and (3) documenting the exclusion of time under the Speedy Trial
24 Act, 18 U.S.C. § 3161(h)(8)(A), from May 3, 2006 to May 25, 2006.  The parties agreed, and the
25 Court found and held, as follows:
26      1.  The defendant waived the time limits for a preliminary hearing under Federal Rule of
27 Criminal Procedure 5.1.  Failure to grant the requested continuance would unreasonably deny the
28 defense reasonable time necessary for effective preparation, taking into account the exercise of

STIPULATION AND ORDER
3-06-70165 BZ

1  due diligence, and would deny the defendant continuity of counsel.

2  　　2. Counsel for the defense believes that postponing the preliminary hearing is in his
3  client's best interest, and that it is not in his client's interest for the United States to indict the
4  case before the currently scheduled preliminary hearing/arraignment date.

5  　　3. The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to
6  grant the requested continuance would unreasonably deny both government and defense counsel
7  reasonable time necessary for effective preparation, taking into account the exercise of due
8  diligence and the need for both sides to investigate the facts of the case, and would deny the
9  defendant and the government continuity of counsel.

10 　　4. Given these circumstances, the Court found that the ends of justice served by
11 excluding the period from May 3, 2006 to May 25, 2006, outweigh the best interest of the public
12 and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

13 　　5. Accordingly, and with the consent of the defendant, the Court ordered that the period
14 from May 3, 2006 to May 25, 2006, be excluded from Speedy Trial Act calculations under 18
15 U.S.C. § 3161(h)(8)(A) & (B)(iv).

16 　　4. The Court scheduled a new preliminary hearing/arraignment date of May 25, 2006, at
17 9:30 a.m., before the Honorable Elizabeth D. Laporte.

18 　　IT IS SO STIPULATED.

19 DATED: _____　　　　_____/S/_____
20 　　　　　　　　　　　　　　　　　　　　TRACIE L. BROWN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
21

22 DATED: _____　　　　_____/S/_____
23 　　　　　　　　　　　　　　　　　　　　RONALD TYLER
　　　　　　　　　　　　　　　　　　　　　Attorney for Rafael Guzman-Camacho
24 　　**IT IS SO ORDERED.**

25

26 DATED:__May 10, 2006_____　　　　THE _____ LAPORTE
27 　　　　　　　　　　　　　　　　　　　　United _____

28

STIPULATION AND ORDER
3-06-70165 BZ　　　　　　　　　　2

*IT IS SO ORDERED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte
United States District Court, Northern District of California